**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
Penelope P. Bergman, Esq. SBN 220452
Amanda L. Gray, Esq. SBN 244644
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Facsimile:  (310) 988-2930

Attorneys for Plaintiff,
Anna Zilberman

**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANNA ZILBERMAN, an individual, | CASE NUMBER: |
|---|---|
| Plaintiff, | |
| vs. | **CV 11-6573 GW (CWx)** |
| GREENPOINT MORTGAGE FUNDING, INC.; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8; EMC MORTGAGE CORPORATION; and Does 1 – 100, inclusive, | **ORDER RE: STIPULATION TO DISMISS CASE WITHOUT PREJUDICE AND FOR A MUTUAL WAIVER OF FEES AND COSTS** |
| Defendants. | |

The Court having considered the Parties' Stipulation To Dismiss Case Without Prejudice and For a Mutual Waiver of Fees and Costs, hereby:

**ORDERS** dismissal of the action against all Defendants <u>without</u> prejudice.

Dated  June 20, 2012                    _____
                                                            GEORGE H. WU, U. S. District Judge